F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 8 - 2009

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 00203 *Bnb*

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

PETER BERNEGGER,

     Plaintiff,

v.

GRAY & ASSOC. LLP, et al.,

     Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a "Motion to Compel; Sanctions," an "Addendum to Motion to Compel: Sanctions," and a "Supporting Brief for Motion to Compel." It appears that Plaintiff is seeking to compel discovery of a nonparty located in the State of Colorado and is filing the Motion to Compel in this Court pursuant to Fed. R. Civ. P. 37(a)(2). He, however, has failed either to pay the $39.00 filing fee required when filing a motion to compel discovery of a nonparty in a court where the discovery is or will be taken or, in the alternative, to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a

civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which Plaintiff files in response to this Order must include the civil action number noted in the caption of this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   X   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   __   An original and a copy have not been received by the Court. Only an original has been received.
(9)   X   other: motion is necessary only if filing fee is not paid in advance.

**Complaint or Petition**:

(10)   __   is not submitted
(11)   __   is not on proper form (must use the Court's current form)
(12)   __   is missing an original signature by Plaintiff
(13)   __   is incomplete
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   An original and a copy have not been received by the Court. Only an original has been received.
(16)   __   Sufficient copies to serve each Defendant/Respondent have not been received by the court.
(17)   __   names in caption do not match names in text
(18)   __   other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 2d day of February , 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **'09 - CV - 00203**

Peter Bernegger
E9592 Hickory Ridge Lane
New London, WI 54961

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form** to the above-named individuals on _2/3/09_

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk