IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00203-CMA-MEH

PETER BERNEGGER,

    Plaintiff,
v.

GRAY & ASSOC., LLP et al., and
MOSS CODILIS, LLP,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Plaintiff's Motion to Compel; Sanctions [filed February 3, 2009; docket #2]. Defendant Moss Codilis, LLP ("Moss Codilis") filed its Response, and the Motion was then referred to this Court for adjudication. (Dockets #5, 8.) On March 2, 2009, the Court set a hearing in this matter for March 9, 2009, to discuss the pending Motion to Compel. (Dockets #10, 11.)

Plaintiff's Motion to Compel seeks to enforce a subpoena against Moss Codilis purposed to acquire discovery related to a matter presently litigated in the Eastern District of Wisconsin. Both Plaintiff and Moss Codilis represent to the Court that discovery proceedings in the Wisconsin case are presently stayed as of January 26, 2009, pending the Wisconsin court's decision on a motion for protective order in that matter. (Docket #3-2; docket #5-4.)

Plaintiff did not appear at the hearing on Monday, March 9, 2009, nor did Plaintiff contact Chambers or submit a filing regarding his non-appearance. In light of Plaintiff's non-appearance and the stay of discovery imposed by the Wisconsin court, the Court denies Plaintiff's Motion to Compel without prejudice.

Accordingly, it is hereby **ORDERED** Plaintiff's Motion to Compel; Sanctions [filed February 3, 2009; docket #2] is **DENIED WITHOUT PREJUDICE**.

Dated at Denver, Colorado, this 10th day of March, 2009.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge