## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00203-CMA-MEH

PETER BERNEGGER,

    Plaintiff,

v.

GRAY & ASSOCIATES, LLP, *et al.,* and
MOSS CODILIS, LLP,

    Defendants.
_____

## ORDER
_____

This matter comes before the Court on review of the file. On February 2, 2009, Plaintiff filed a Motion to Compel; Sanctions (Doc. # 2). Defendant Moss Codilis, LLP filed its Response (Doc. # 5) on February 11, 2009. The Motion was thereafter referred to Magistrate Judge Michael E. Hegarty for adjudication. On March 10, 2009, an Order was entered by Magistrate Judge Michael E. Hegarty denying without prejudice Plaintiff's Motion to Compel; Sanctions (Doc. # 13).

The Court, having reviewed the file, finds that Plaintiff has failed to pursue his Motion to Compel; Sanctions. Accordingly, it is

ORDERED that the Complaint and this civil action are DISMISSED without prejudice.

DATED: April 17, 2009.

                                                   BY THE COURT:

                                                   _____
                                                   CHRISTINE M. ARGUELLO
                                                   United States District Judge